UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD LONZELL HERNDON,<br><br>    Plaintiff,<br><br>    v.<br><br>JUDGE SUTRO, et al.,<br><br>    Defendants. | Case No. 15-cv-05230-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO COMPLETE IFP APPLICATION** |

On October 29, 2015, plaintiff, an inmate at the Sacramento County Jail, filed this *pro se* civil rights action under 42 U.S.C. § 1983 in the United States District Court for the Eastern District of California. The Eastern District thereafter transferred the action to this District. On November 16, 2015, the Clerk notified plaintiff that his application to proceed *in forma pauperis* ("IFP") was not complete in that it did not include a certificate of funds completed and signed by a prison official or a trust account statement showing transactions and balances for the last six months. On November 27, 2015, plaintiff filed another IFP application, but it was still missing the required forms. Specifically, in the signature line of the certificate of funds is written "c/o" in what appears to be plaintiff's handwriting. And plaintiff again failed to submit a trust account statement.

In the interest of justice, the Court will grant plaintiff an extension of time to file the missing certificate of funds and prison trust account statement, no later than **thirty (30)** days from the date this order is filed. In the alternative, plaintiff may pay the full $400.00 filing fee.

1  **Failure to respond in accordance with this order in the time provided may result in**
2  **dismissal of this case without prejudice for failure to pay the filing fee without further notice**
3  **to plaintiff.**
4  **IT IS SO ORDERED.**
5  Dated: 12/2/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge