UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD LONZELL HERNDON,<br>　　　　Plaintiff,<br>　　v.<br>JUDGE SUTRO, et al.,<br>　　　　Defendants. | Case No. 15-cv-05230-HSG (PR)<br><br>**JUDGMENT** |

The action having been dismissed without prejudice, judgment is entered in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/10/2016

　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge